UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                                  Case No. 8:02-Cr-458-T-17TGW

PAULA M. BEHEE
_____/

## ORDER

THIS CAUSE came on to be heard at the time of the defendant's final Revocation Hearing. For the following reason, the defendant should be detained at the Pinellas County Jail.

The defendant appeared before this court on September 25, 2008 for a Final Revocation Hearing at which time this hearing was continued, to allow sufficient time for defense counsel the ability to explore additional avenues of placement for the defendant. Counsel requests that defendant be held at the Pinellas County Jail until next scheduled Final Revocation Hearing which is set for October 21, 2008 at 2:00pm in front of this honorable court.

It is, therefore, upon consideration

ORDERED:

1. That, pending the final revocation hearing set for October 21, 2008 at 2:00pm, the defendant PAULA M. BEHEE, is hereby to be housed at

the Pinellas County Jail.

2. That the person in charge of the corrections facility in which the defendant is confined shall deliver the defendant to the United States Marshal for the purpose of appearing in court.

DONE and ORDERED this 25th day of September, 2008, in Tampa, Florida.

Honorable Elizabeth A. Kovachevich
United States District Court Judge