# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA | **AMENDED** |
| | JUDGMENT IN A CRIMINAL CASE |
| v. | (For Revocation of Probation or Supervised Release) |
| PAULA M. BEHEE | Case Number: 8:02-CR-458-T-17TGW |
| | USM Number: 41002-018 |
| | AFPD David Secular |
| | Defendant's Attorney |

**THE DEFENDANT:**

__X__  admitted guilt to violation of charge number(s) ___1___ of the term of supervision.

**Violation Charge Number** | **Nature of Violation** | **Violation Ended**
---|---|---
1 | New criminal conduct, Possession Controlled Substance | May 1, 2008

The defendant is sentenced as provided in pages 2 through __4__ of this amended judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

October 22, 2008
Amended Date of Imposition of Judgment

_[signature]_
ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

_October 22nd 2008_
Date

Amended Judgment - Page 2 of 4

DEFENDANT: PAULA M. BEHEE
CASE NUMBER: 8:02-CR-458-T-17TGW

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned at Pinellas County Jail until **Monday, October 27, 2008**. The defendant shall be transported to the Office of the United States Marshal Service at the United States Courthouse in Tampa, FL on Monday, October 27, 2008 by the United States Marshal Service. The term of imprisonment shall **TERMINATE** on **Monday, October 27, 2008**, at such time as the representative from ACTS (Agency For Community Treatment Services, Inc.) arrives at the Office of the United States Marshal Service at the United States Courthouse in Tampa, FL to transport the defendant to the ACTS inpatient residential program in Tarpon Springs, FL.

__X__ The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at

_____ with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

Case 8:02-cr-00458-EAK-TGW Document 192 Filed 10/22/08 Page 3 of 4 PageID 378
AO 245D (Rev. 01/07) Judgment in a Criminal Case for Revocation: Sheet 3 - Supervised Release

Amended Judgment - Page 3 of 4

DEFENDANT: PAULA M. BEHEE
CASE NUMBER: 8:02-CR-458-T-17TGW

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of **TWENTY-FOUR (24) MONTHS**.

The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state, or local crime.
The defendant shall not illegally possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, not to exceed 104 tests per year.

- \_ The mandatory drug testing provisions of the Violent Crime Control Act are waived. However, the court authorizes the Probation Office to conduct random drug testing not to exceed 104 tests per year.

- X The defendant shall not possess a firearm, destructive device, or any other dangerous weapon.

- X The defendant shall cooperate in the collection of DNA as directed by the probation officer.

- \_ The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works or is a student, as directed by the probation officer.

- \_ The defendant shall participate in an approved program for domestic violence.

If this judgment imposes a fine or a restitution it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant shall comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;

2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;

3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4) the defendant shall support his or her dependents and meet other family responsibilities;

5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

| | | Amended Judgment - Page 4 of 4 |
|---|---|---|
| DEFENDANT: | PAULA M. BEHEE | |
| CASE NUMBER: | 8:02-CR-458-T-17TGW | |

## SPECIAL CONDITIONS OF SUPERVISION:

(1) The defendant is to enter and successfully complete ACTS 6 month Residential Treatment Program. Furthermore, the defendant is to comply with all program rules, regulations of program staff and with all the treatment recommendations by ACTS program staff. Upon completion of ACTS, the defendant is to follow all recommendations regarding continuity of treatment in the community.

(2) The defendant shall participate as directed by the Probation Officer, in a program (outpatient and/or inpatient) for treatment of narcotic addiction or drug or alcohol dependency. This program may include testing for the detection of substance use or abuse. Further, the defendant shall be required to contribute to the costs of services for such treatment not to exceed an amount determined reasonable by the Probation Office's Sliding Scale for Substance Abuse Treatment Services.

(3) The defendant shall participate as directed in a program of mental health treatment approved by the United States Probation Officer. Further, the defendant shall be required to contribute to the costs of services for such treatment not to exceed an amount determined reasonable by the Probation Office's Sliding Scale for Mental Health Treatment Services.